IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINC-DROP, INC., A Nebraska Corporation; | 4:13CV3133 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| CITY OF LINCOLN, et. al.; | |
| Defendants. | |

After conferring with the parties, and with their joint agreement,

IT IS ORDERED that the City's unopposed motion to continue, (Filing No. 12), is granted as follows:

1) The City will not enforce Nebraska Municipal Ordinance Number 19875, codified as LMC § 9.30, pending the court's consideration and ruling on plaintiff's pending motion for a preliminary injunction.

2) The briefing schedule on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Order, (Filing No. 3), is stayed pending further order of the court.

3) On or before August 2, 2013, the parties shall file an Abbreviated Rule 26(f) report, a copy of which is attached, which sets forth their joint proposal for further progression of this case.

July 22, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| Plaintiff, | **ABBREVIATED RULE 26(f) REPORT** |
| vs. |  |
| Defendant. |  |

The following attorneys conferred to prepare this Report:

**(Identify, for each party, the counsel who participated in preparing the Report)**.

The parties discussed the case and jointly make the following report:

**CASE PROGRESSION:**

A. The proposed schedule below is for progression of this case to:

   \_\_\_\_ A preliminary injunction submission or proceeding only.

   \_\_\_\_ Trial.

B. Experts.

   1) If expert witnesses are expected to provide testimony, counsel agree to at least **identify** such experts, by name and address, (i.e., without the full reports required by Rule 26(a)(2)), by _____.

   2) Experts and, unless otherwise agreed, expert **reports** shall be served by _____. **Note**: The parties may agree on separate dates for the plaintiff(s) and the defendant(s).

   3) Motions to exclude expert testimony on *Daubert* and related grounds will be filed by _____.

2

C. Discovery.

1) Written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure will be completed by _____.

2) Depositions, whether or not they are intended to be used at any evidentiary proceeding, will be completed by _____.

D. Other matters to which the parties stipulate and/or which the court should know or consider: _____.

E. The next stage of this case, (whether by submission of evidence and briefs, preliminary hearing, or trial) will ready to proceed by: <u>(month, year)</u>.

Dated: _____

_____  _____
Counsel for Plaintiff(s)                            Counsel for Defendant(s)

CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: _____, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: _____.

s/_____

2