IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINC-DROP, INC., A Nebraska Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, A political subdivision of the State of Nebraska, et al.,<br><br>    Defendants. | 4:13-CV-3133<br><br>ORDER |

  This matter is before the Court on the plaintiff's motion to seal its supplemental evidence index in support of its motion for preliminary injunction (filing 52). The motion will be granted in part. Pursuant to NEGenR 1.3(a)(1)(B) and NECivR 5.3(c), the plaintiff's supplemental evidence index (filing 53) will be restricted rather than sealed.

  IT IS ORDERED:

1. The plaintiff's motion to seal (filing 52) is granted in part.

2. The Clerk of the Court is directed to restrict access to the plaintiff's supplemental evidence index (filing 53) to court users and case participants.

3. The Clerk of the Court is further directed to regenerate the NEF for the plaintiff's supplemental evidence index (filing 53) in order to provide notice of filing 53 to the parties.

Dated this 26th day of November, 2013.

              BY THE COURT:

              _____
              John M. Gerrard
              United States District Judge