IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINC-DROP, INC., A Nebraska Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, A political subdivision of the State of Nebraska, et al.,<br><br>　　　　　　Defendants. | 4:13-CV-3133<br><br>ORDER |

　　　This matter is before the Court on the parties' responses to the Court's order to show cause of December 2, 2013 (filing 58). Being fully advised, the Court will sustain the defendants' objection (filing 59) and will *not* consolidate trial on the merits with the hearing on the plaintiff's motion for preliminary injunction. The Court will consider progression towards final disposition of this case after ruling on the motion for preliminary injunction.

　　　The parties have also advised the Court that the hearing on the motion for preliminary injunction, currently scheduled for December 9, 2013, is unnecessary. Filing 59 at 4; filing 61 at 4. That hearing will be canceled.

　　　IT IS ORDERED:

　　　1.　　The defendants' objection (filing 59) is sustained.

　　　2.　　The December 9, 2013 hearing on the plaintiff's motion for preliminary injunction is canceled, and the motion for preliminary injunction (filing 3) is fully submitted.

　　　Dated this 6th day of December, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_John M. Gerrard_
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge